**Order entered December 2, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00755-CR

## ANDREW ANDERSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-52721-R**

## ORDER

Before the Court is appellant's November 29, 2022 motion to extend the time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and **ORDER** appellant's pro se response filed by **February 28, 2023**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties and to Andrew Anderson, TDCJ #02289724, Terrell Unit, 1300 FM 655, Rosharon, Texas 77583.

/s/     ERIN A. NOWELL
        JUSTICE